UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOSE ESPINAL,<br>                          Defendant. | 21 Cr. ___ (JHR)<br>24 Mag. 508 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      The Court has been informed that Defendant Jose Espinal may wish to enter a change of plea. Accordingly, the parties shall appear for a conference on **April 4, 2024** at **11:00 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge